IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case No. 1:21-cv-11829-NMG |
| Plaintiff, | : : | |
| v. | : : | |
| CONSUMER DIRECT MEDIA LLC | : : | |
| Defendant. | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The putative class claims are dismissed without prejudice.

Dated: March 9, 2022    PLAINTIFF,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Defendant,

*/s/ Jeffrey Kass*
Jeffrey H. Kass
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203

Tel.: 303-861-7760  
Fax: 303-861-7767  
Jeffrey.Kass@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

<i>/s/ Anthony I. Paronich</i>  
Anthony I. Paronich